UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DAVON WASHINGTON, et. al.,

                                                Plaintiffs,

-against-

THE CITY OF NEW YORK, et. al.,

                                                Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF MARK D. ZUCKERMAN**

**18-CV-12306 (CM)**

        **MARK D. ZUCKERMAN,** an attorney duly admitted to practice in the State of New York and the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

        1.     I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants City of New York, DOC Commissioner Cynthia Brann, Ret. Capt. Edward Williams and Deputy Warden Sharlisa Walker. As such, I am familiar with the facts stated below and submit this declaration to place the relevant information and documents on the record in support of defendants' motion for dismiss, motion for an order of the joinder of the State of New York Commission and/or Commissioner of Correction, and/or the State of New York as defendants, and in opposition to the plaintiff Steven Espinal's application for a preliminary injunction.

        2.     Annexed hereto as Exhibit A is a video of the plaintiff Steven Espinal's assault of a correction officer while incarcerated at Riker's Island on February 10, 2018.

        3.     Annexed hereto as Exhibit C is the subject SJOs involving the plaintiff Steven Espinal.

4. Annexed hereto as Exhibit D is the subject SJO involving the plaintiff Davon Washington.

5. Annexed hereto as Exhibit E is the subject SJO involving the plaintiff John Doe.

6. Annexed hereto as Exhibit F is the subject SJO involving the plaintiff Pariis Tillery.

7. Annexed hereto as Exhibit G is the Order of the State of New York Commission of Correction revoking the subject SJO involving the plaintiff Pariis Tillery.

8. Annexed hereto as Exhibit H are the applications for Writs of Habeas Corpus requested by the Bronx District Attorney's Office and the corresponding orders of Justices of the Supreme Court regarding said applications of the Bronx District Attorney's Office for Writs of Habeas Corpus as to the plaintiff Pariis Tillery.

9. Annexed hereto as Exhibit I is an amended Article 78 application of the plaintiff Pariis Tillery.

Dated: New York, New York
February 11, 2019

_____/s/_____
Mark D. Zuckerman