RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

DIANE L. HOUK
JESSICA CLARKE

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN

**MEMO ENDORSED**

August 22, 2019

**By ECF**

8/23/2019
Action stayed until September 23. This is an excellent result.

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
New York, New York 10007

Re:   *Washington et al. v. City of New York et al.*, No. 18-CV-12306

Your Honor:

The parties have reached agreement in principle on a settlement of this case and are in the process of finalizing a term sheet, which is subject to the approval of the Albany County Legislature.

We therefore jointly request that the existing stay of the action be extended for an additional 30 days until from September 23, 2019, subject to further additional extensions if the Legislature has not acted by that time, and that all discovery deadlines and deadlines to answer be adjourned *sine die*. The parties also respectfully request that the Court refrain from issuing a 30-day order of dismissal unless and until the Legislature has approved the proposed settlement terms.

Respectfully submitted,

/s/

Douglas E. Lieb

c.   All counsel of record (by ECF)

